**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Martez Mandel COLEMAN,
Defendant—Appellant.**

No. 09–6012.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 17, 2009.

Decided: May 8, 2009.

Martez Mandel Coleman, Appellant Pro Se. Stacey Denise Haynes, Mark C. Moore, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martez Mandel Coleman appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Coleman*, No. 3:01–cr–00506–JFA–4 (D.S.C. Dec. 15, 2008); *see also United States v. Dunphy*, 551 F.3d 247 (4th Cir.2009), petition for cert. filed (Mar. 20, 2009) (No. 08–1185). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*